JS-6

JOSEPH P. BUSCH, III, SBN 70340
jbusch@grobatypitet.com
CHRISTOPHER L. PITET, SBN 196861
cpitet@grobatypitet.com
ROBERT K. PECK, SBN 285930
rpeck@grobatypitet.com
GROBATY PITET LLP
100 Bayview Circle, Suite 210
Newport Beach, California 92660
Telephone: (949) 502-7755
Facsimile: (949) 502-7762

Attorneys for Plaintiff
PERFORMANCE DESIGNED PRODUCTS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE DESIGNED PRODUCTS LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HARMONIX MUSIC SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:17-cv-00132 CAS (PLAx)<br><br>ASSIGNED TO HON. CHRISTINA A. SNYDER<br><br>[PROPOSED] **ORDER ON JOINT MOTION FOR ORDER REMANDING CASE TO STATE COURT BASED ON LACK OF SUBJECT MATTER JURISDICTION**<br><br>Action Filed: December 2, 2016<br>Trial date: None Set |

**JOINT MOTION FOR REMAND**

**ORDER**

Having considered Plaintiff Performance Designed Products LLC's and Harmonix Music Systems, Inc.'s Joint Motion for an order remanding this case back to the Los Angeles Superior Court for lack of subject matter jurisdiction, and finding good cause therefore,

IT IS HEREBY ORDERED THAT:

1. The Joint Motion is GRANTED;
2. Harmonix need not respond to the Complaint while it is pending in federal court;
3. This case is hereby remanded back to the Los Angeles Superior Court for further proceedings.

DATED: January 17, 2017

_____
Honorable Christina A. Snyder
United States District Court Judge